## PETITION OF MICHAEL CRAWFORD, 1742

Petn of Michael Crawford                                March 26th 1742
The Court being Opened, The Petition of Michael Crawford was read and Allowed And the Court Appointed Capt Joseph Jacob Mercht and Leonard Cozzens Tailer both of Newport to View the Goods etc mentioned in sd petition and to put a just Estimate upon the same and make their Report to the Court on Wednesday next being the 31st Instt and sd Joseph Jacob and Leonard Cozzens was engaged to make a true report of their doings thereon And then the Court was Adjourned to Wednesday the 31st Inst at 3 aClock P: M

Petition of Michael Crawford                                    March 31ˢᵗ 1742.

The Court being opened According to Adjournmᵗ The Appraisers not being ready with their return the Court was Adjourned to Saturday the 3ᵈ of April next at 3 a Clock P. M

Petition of Michael Crawford                                    Apˡ 3ᵈ 1742.

The Court being Opened according to Adjournmᵗ and the Appraisers not yet being ready with their return the Court was Adjourned to Monday the 5ᵗʰ Insᵗ at 3 a Clock P: M

Petition of Michael Crawford [April] 5ᵗʰ

The Court being Opened According to Adjournmᵗ His Honʳ the Judge received into Court the return of the Appraisers of the Goods mentioned in sᵈ Petition to be Damnified.